**Order filed, December 13, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00719-CR

———————

**SHAWN DEROYCE SARGEON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1590681**

## ORDER

The reporter's record in this case was due November 12, 2019. *See* Tex. R. App. P. 35.1. On November 18, 2019, this court granted the court reporters request for extension of time to file the record until December 12, 2019. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court issues the following order.

We order Trish Matthews, the court reporter, to file the record in this appeal **on or before December 27, 2019. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Trish Matthews does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant.